Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
LINDA DORIS CRANE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA DORIS CRANE,<br><br>                    Plaintiff,<br>    v.<br><br>STEPP LAW CORPORATION, a California corporation; THOMAS EUGENE STEPP, JR., individually and in his official capacity; GL RECOVERY GROUP, LLC, a California limited liability company,<br><br>                    Defendants. | Case No. CV10-02831-MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, LINDA DORIS CRANE, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, LINDA DORIS CRANE, hereby dismisses, with prejudice, all claims made by her against Defendants in her Complaint filed herein on June 28, 2010. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

Dated:  August 24, 2010                                              /s/ Fred W. Schwinn
                                                                                     Fred W. Schwinn, Esq.
                                                                                     Attorney for Plaintiff
                                                                                     LINDA DORIS CRANE

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE                    Case No. CV10-02831-MEJ